UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| HECTOR R. CHAVEZ, | ) | No. ED CV 17-705-SVW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: May 9, 2017

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE